FILED
CLERK, U.S. DISTRICT COURT

JUL - 7 2022

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL THOMAS GAUSSIRAN,<br><br>Defendant. | Case No.   2:16-CR-00739-CJC<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

## I.

On July 7, 2022, Defendant Michael Thomas Gaussiran ("Defendant") appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this matter, Case No. 2:16-CR-00739-CJC.  The Court appointed Shaun Khojayan of the CJA Panel to represent Defendant.

///

///

## II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release, the Court finds that:

A.    ☐    Defendant submitted to the Government's Request for Detention;

B.    ☒    Defendant has not carried his burden of establishing by clear and convincing evidence that he will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- Nature of the instant allegations;
- Criminal history;
- New arrests while on supervised release/community supervision;
- History of substance use;
- History of probation violations.

## III.

In reaching this decision, the Court considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g).] The Court also considered the report and recommendation of the U.S. Pretrial Services Agency.

///
///
///
///

IV.

IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings.


Dated: July 7, 2022                              _____/s/_____
                                                      MARIA A. AUDERO
                                                 UNITED STATES MAGISTRATE JUDGE